IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. LAWRENCE A. LOCKE, individually and On behalf of all other similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 5:10:cv-01277-F ) |
| 1. QUIBIDS, LLC, | ) ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendant.  I certify that I am admitted to practice in this Court and am registered in this Court's Electronic Case Filing System.

Respectfully submitted this 29th day of December, 2010.

*s/ Tamara Schiffner Pullin*
Tamara Schiffner Pullin, OBA #22308
McAfee & Taft, A Professional Corporation
10th Floor, Two Leadership Square
211 North Robinson
Oklahoma City, OK  73102-7103
405/235-9621 (telephone)
405/235-0439 (facsimile)
tamara.pullin@mcafeetaft.com

*Attorneys for Defendant, QuiBids LLC*

6424880_1.DOC

## CERTIFICATE OF SERVICE

I hereby certify that on December 29th, 2010, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following registrants:

**EDWARD L. WHITE, P.C.**
9301 Cedar Lake Ave., Suite 200
Oklahoma City, Oklahoma 73114
Telephone: (405) 810-8188
Facsimile: (405) 608-0971
Email: ed@edwhitelaw.com

Roger L. Mandel
rmandel@beckham-mandel.com
Blake L. Beckham
bbeckham@beckham-mandel.com
Jose M. Portela
c2coast@aol.com
Sarita A. Smithee
ssmithee@beckham-mandel.com
**BECKHAM & MANDEL**
3400 Carlisle Street, Suite 550
Dallas, Texas 75204

*s/ Tamara Schiffner Pullin*

6424880_1.DOC