IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

LAWRENCE A. LOCKE, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

QUIBIDS, LLC,

    Defendant.

Case No. 5:10-cv-01277-W

## DECLARATION OF JEFF GEURTS

JEFF GEURTS, being of lawful age, having being duly sworn, states and declares as follows:

1. I am the chief financial officer of QuiBids, LLC ("QuiBids"). I make this Declaration on personal knowledge unless otherwise indicated and as a corporate representative of QuiBids. I make this Declaration in support of QuiBids' Motion to Dismiss.

2. In order to purchase items from www.quibids.com, either through the auction process or directly through the Buy-It-Now feature, a customer must first register an account on the website. A customer cannot complete registration without clicking a button within the registration process that affirmatively represents that the customer agrees to the Terms & Conditions.

3. Attached hereto as Exhibit A is a true and correct copy of the Terms & Conditions as they appeared on QuiBids' website in July 2010.

**EXHIBIT 1**

4.     Attached hereto as Exhibit B is a true and correct copy of the QuiBids 101 section of QuiBids' website, as it appears today.  As it pertains to the Motion to Dismiss, the information has not changed substantively since July 2010 (when Plaintiff claims he registered with QuiBids).

5.     The following articles were added to QuiBids 101, Exhibit B hereto, since July 2010, and are not cited in the Motion to Dismiss:

| | |
|---|---|
| QLive – Where in the World is Your Competition? | Added 8/13/2010 |
| What Do You Want Auctions on QuiBids? | Added 8/13/2010 |
| Let's Talk Limit Busters | Added 10/20/2010 |
| Achievements – Set Goals and Earn Rewards! | Added 11/3/2010 |

6.     Attached hereto as Exhibit C is a true and correct copy of the Frequently Asked Questions section of QuiBids' website, as it appears today.  The information has not changed substantively since July 2010.

7.     The following is a true and correct depiction of a screen shot of information regarding the "Buy It Now" feature that appears at the bottom of every single auction on QuiBids' website, as well as a frame above and to the right regarding how bidding works that appears periodically during auctions, with the pertinent information circled.  This information appears today as it appeared in July 2010.



8. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 4, 2011.

_____
Jeff Geurts