## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

**OKLAHOMA CITY, OKLAHOMA**

Date:  March 16, 2012

| | |
|---|---|
| **LAWRENCE A. LOCKE,**<br>**individually and on behalf of all others**<br>**similarly situated,**<br><br>             **Plaintiffs,**<br><br>**vs.**<br><br>**QUIBIDS, LLC,**<br><br>             **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)    **Case No. CIV-10-1277-F**<br>)<br>)<br>)<br>) |

**ENTER ORDER:**

The settlement conference was held on March 1, 2012, before Magistrate Judge Bana Roberts.  Roger Mandel appeared on behalf of the Plaintiffs as lead trial counsel and Michael McClintock appeared on behalf of the Defendant as lead trial counsel.

    X        The case did not settle.

By direction of Magistrate Judge Bana Roberts, we have entered the above enter order.

                              Robert D. Dennis, Clerk

                         By:    s/Janet Wright
                                Deputy Clerk