# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LAWRENCE A. LOCKE, MATTHEW BROWN and CHRISTOPHER LLOYD, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br>v.<br><br>QUIBIDS, LLC,<br><br>　　　　　Defendant. | CIVIL NO: **5:10-CV-01277-W** |

## JOINT STATEMENT REGARDING REOPENING OF CASE

After having unsuccessfully attempted to settle this case via a Settlement Conference, and pursuant to this Court's Order of January 24, 2012 [Doc. 44], the parties hereby request the Court to reopen this case. The parties further inform the Court of their agreement regarding scheduling of the following items:

　　1.　Plaintiffs filed their Second Amended Complaint ("SAC") contemporaneously with the filing of this Joint Statement;

　　2.　The parties will file their Rule 26(f) Report by no later than May 23, 2012.

Respectfully submitted this 11th day of April, 2012.

| | |
|---|---|
| /s/ Michael D. McClintock | /s/ Roger L. Mandel |
| Michael D. McClintock, OBA #18105 | Roger L. Mandel |
| Reid E. Robison, OBA #7692 | State Bar N0. 12891750 |
| Daniel E. Loeffler, OBA # | LACKEY HERSHMAN, L.L.P. |
| MCAFEE & TAFT A PROFESSIONAL CORP. | 3102 Oak Lawn, Suite 777 |
| CORPORATION | Dallas, Texas 75219 |
| Tenth Floor, Two Leadership Square | Telephone: (214) 560-2201 |
| 211 N. Robinson Avenue | Facsimile: (214) 560-2203 |
| Oklahoma City, OK  73102-7103 | rlm@lhlaw.net |
| 405/235-9621 | |
| 405/235-0439 (Fax) | Edward L. White |
| | ed@edwhitelaw.com |
| **ATTORNEYS FOR DEFENDANT** | EDWARD L. WHITE, P.C. |
| | 13924 Quail Pointe Drive, Suite B |
| | Oklahoma City, OK 75134 |
| | Telephone:  (405) 810-8188 |
| | Facsimile:   (405) 608-0971 |
| | |
| | Andrew Kierstead |
| | kiersteadlaw@aol.com |
| | LAW OFFICE OF ANDREW S. KIERSTEAD |
| | 1001 SW Fifth Ave., Suite 1100 |
| | Portland, OR 97204 |
| | Telephone:  (508) 224-6246 |
| | Facsimile:   (508) 224-4356 |
| | |
| | **ATTORNEYS FOR PLAINTIFF AND THE CLASS** |

## Certificate of Service

On the 11th day of April, 2012, the foregoing Second Amended Class Action Complaint was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

/s/ Roger L. Mandel
Roger L. Mandel