# EXHIBIT 1



Username    •••••••    Login

Forgot Password? Click Here   Not a Member? Sign Up Now

Home | My QuiBids | Achievements | Register | QuiBids 101 | Help

QuiBids Live Auctions ▾



How QuiBids Works?

1. **Signup and Buy Bids**
Bids cost just $0.60. Buy Bids to start participating in auctions.

2. **Choose Products**
Pick a product you want - an HDTV, a New Laptop, or a Bid Voucher!

3. **Place Bids and Win!**
Simply click "Bid" on an auction. If you're the last bidder, YOU WIN!!

**Sign up and Start Winning Today!**   Register Now!

How it Works

BBB Accredited Business

Thousands of Winners Daily

Featured Auctions

QuiBids Support

# EXHIBIT 2



Username | ●●●●●●● | Login

Forgot Password? Click Here   Not a Member? Sign Up Now

Home   My QuiBids   Achievements   Register   QuiBids 101   Help

QuiBids Live Auctions ▼

**We're a BBB Accredited Business!**

For our commitment to customer service, QuiBids is a BBB Accredited business!

View Report

- How it Works
- BBB Accredited Business
- Thousands of Winners Daily
- Featured Auctions
- QuiBids Support

# EXHIBIT 3



Username | •••••••• | Login

Forgot Password? Click Here    Not a Member? Sign Up Now

**Home**   My QuiBids   Achievements   Register   QuiBids 101   Help

QuiBids Live Auctions ▼



There are over **1,000 Winners** Everyday on **QuiBids.com**

✔ Bid on Brand New Products
✔ Save up to 95% Off the Hottest Electronics
✔ Never Pay Retail Again!

Signup Today!

How it Works

BBB Accredited Business

Thousands of Winners Daily

Featured Auctions

QuiBids Support

# EXHIBIT 4



Username | •••••••• | Login

Forgot Password? Click Here   Not a Member? Sign Up Now

**Home**   My QuiBids   Achievements   Register   QuiBids 101   Help

QuiBids Live Auctions ▼



## Ultimate Apple MacBook Pro Bundle

Get everything you need from Apple with this **Ultimate Apple MacBook 15.4" Bundle!**

**Value Price** $3,935.94

SAVE UP TO 99%

**Signup Today and Win!**

How it Works

BBB Accredited Business

Thousands of Winners Daily

Featured Auctions

QuiBids Support

# EXHIBIT 5



Username          ••••••••          Login

Forgot Password? Click Here    Not a Member? Sign Up Now

**Home**    My QuiBids    Achievements    Register    QuiBids 101    Help

QuiBids Live Auctions ▼

## **QuiBids** Customer Service

Have a question? Contact a customer service agent today.

✔ Exceptional Customer Support 24/7
✔ U.S. Based Telephone and E-Mail support
✔ Best Customer Support in the Industry

**Contact Support**

☐ **How it Works**

▣ **BBB Accredited Business**

♨ **Thousands of Winners Daily**

▭ **Featured Auctions**

⬚ **QuiBids Support**

# EXHIBIT 6



# EXHIBIT 7



# EXHIBIT 8



# EXHIBIT 9



# EXHIBIT 10



# EXHIBIT 11





**00:00:03**
$0.90
Bidder17
BID



**00:00:08**
$0.66
jbauer1390
BID



**00:01:23**
$0.01
taima1234
BID



**00:00:10**
$0.53
Ironivan62
BID



**00:00:06**
$0.74
millerrl500
BID

---

**Samsung 65" 120Hz 1080p LED HDTV**



**00:00:16**
$13.66
mikeyd90650
BID

**$50 Chili's Gift Card + 30 Bids**



**00:00:15**
$0.87
wells1256
BID

**$25 Chili's Gift Card + 20 Bids**



**00:00:07**
$0.86
dandogdoc
BID

**Apple iPad 64GB Wifi + 3G**



**00:00:14**
$4.71
jenndeann
BID

**LG Blu-ray Disc 1100-Watt Home Theater**



**00:00:13**
$4.58
Boommer77
BID

---

**Kansas City Steak Company 3 Knife Set**



**00:02:13**
$0.00
No Bids Yet!
BID

**$200 You Choose It!**



**00:00:12**
$2.22
bucky1940
BID

**$50 Travel You Choose It + 30 Bids**



**00:00:13**
$1.05
BigDaddys
BID

**Apple TV**



**00:00:11**
$1.61
Brit1969
BID

**$100 Travel You Choose It!**



**00:00:08**
$1.83
denyyy
BID

---

**$50 Target Gift Card**



**00:00:08**
$1.44
sparty95

**$15 Lowe's Gift Card + 20 Bids**



**00:03:04**
$0.00
No Bids Yet!

**Monster iBeats In-ear Headphones**



**00:00:08**
$2.45
scpoppler

**Apple iPod Touch 32 GB**



**00:00:07**
$7.82
Thumpers

**Callaway Tour i(z) Golf Balls + 25 Bids**



**00:00:05**
$1.64
Snake1535

### Apple iPad 16 GB Wi-Fi



**00:00:15**
$15.57
Brit1969

BID

### $25 Retail You Choose It + 20 Bids



**00:00:09**
$1.51
itlnbty42

BID

### $15 Home Depot Gift Card + 20 Bids



Ended
$1.22
mackm10

SOLD

### $200 You Choose It!



**00:00:10**
$8.63
oddsrus

BID

### Viewsonic ViewPad7 - 7" Android Tablet

**00:00:10**
$22.29
lumpywill

BID

### 50 Bids Voucher



**00:00:05**
$2.70
nscooper

BID

### 100 Bids Voucher



**00:00:07**
$4.15
kaless47

BID

### V-T Cordless Handset Phone + 25 Bids



**00:00:15**
$0.69
softarrow

BID

### $10 Walmart Gift Card + 10 Bids



Ended
$0.03
mikeyd90650

SOLD

### Adidas University Stand Bag



**00:00:20**
$0.33
forgetit321

BID

### Oakley Crosshair 2.0 Sunglasses + 15 Bid



**00:00:13**
$0.53
zackconroy06

BID

### $10 Walmart Gift Card + 10 Bids



**00:02:24**
$0.00
No Bids Yet!

BID

### $15 Home Depot Gift Card



**00:00:14**
$0.48
Sregork

BID

### 15 Bids Voucher



**00:00:01**
$0.31
nixonmcw

BID

### Xbox 360 250GB Kinect Bundle



**00:00:09**
$0.53
bidsFULLtime

BID

### Wii Fit Plus with Balance Board



### $100 Leisure & Retail You Choose It!



### $100 Outback Steakhouse Gift Card



### 25 Bids Voucher



### 100 Bids Voucher





| | kwaavis22 | natalej | geoics2 | No Bids Yet! | No Bids Yet! |

**Live Auctions**                    Search Auctions

| PRODUCTS | PRICE / BIDDER | COUNTDOWN |
|---|---|---|

$10 Target Gift Card + 10 Bids
What is the best gift anytime? The Target GiftCard. Choose your amount and use the GiftCard for merchandise at any Target Store or on Target.com and with 10 free bids the opportunities are endless!
$0.00
$16.00
No Bids Yet!
**00:03:12**
BID

Netgear 3DHD Wireless Home Theater Kit
Each 3DHD adapter can be connected to a home theater device with a network port, and features four transmitters and four receivers for 4x4 MIMO connectivity.
$0.05
$239.39
kakeboss48
**00:03:18**
BID

$10 Walmart Gift Card + 10 Bids
Walmart gift cards help you meet all your shopping needs and with 10 free bids the opportunities are endless!
$0.00
$16.00
No Bids Yet!
**00:03:24**
BID

$25 Walmart Gift Card + 20 Bids
Walmart gift cards help you meet all your shopping needs and with 20 free bids the opportunities are endless!
$0.02
$37.00
smittomatic
**00:03:31**
BID

AXIS HDMI 9ft Cable + 20 Bids
Full HDTV and digital audio in 1 cable and with 20 voucher bids the opportunities are endless!
$0.00
$25.98
No Bids Yet!
**00:03:43**
BID

25 Bids Voucher
Rack up 25 more bids to be used on other products! We have amazing deals every day with QuiBids!!! What do you want? Start bidding now!
$0.00
$15.00
No Bids Yet!
**00:03:56**
BID

15 Bids Voucher
Rack up 15 more bids to be used on other products! We have amazing deals every day with QuiBids!!! What do you want? Start bidding now!
$0.00
$9.00
No Bids Yet!
**00:04:02**
BID

$10 Lowe's Gift Card + 10 Bids
The Lowe's Gift Card is the perfect gift for everything home with the choice of over 50,000 items and with 10 free bids the opportunities are endless!
$0.00
$16.00
No Bids Yet!
**00:04:09**
BID

25 Bids Voucher
Rack up 25 more bids to be used on other products! We have amazing deals
$0.00
**00:04:15**

### CTA Wij Dual Charge Station + 15 Bids

This charge station contains a two-place cradle that allows you to charge and rest two remotes in an upright position. With 15 free bids the opportunities are endless!

**$0.01**
~~$29.95~~
momofaries

**00:04:13**

`BID`

### Midland Two-Way Emergency Crank Radio

The Midland XT511 Base Camp 22-Channel GMRS Emergency Crank Radio with All Hazard Weather Alert and AM/FM represents the best of high-tech engineering, for a compact package big in performance!

**$0.03**
~~$59.38~~
kikilarue

**00:04:19**

`BID`

### 15 Bids Voucher

Rack up 15 more bids to be used on other products! We have amazing deals every day with QuiBids!!! What do you want? Start bidding now!

**$0.00**
~~$9.00~~
No Bids Yet!

**00:04:32**

`BID`

### $15 Walmart Gift Card + 20 Bids

Walmart gift cards help you meet all your shopping needs and with 20 extra bids the opportunities are endless!

**$0.00**
~~$27.00~~
No Bids Yet!

**00:04:38**

`BID`

### 15 Bids Voucher

Rack up 15 more bids to be used on other products! We have amazing deals every day with QuiBids!!! What do you want? Start bidding now!

**$0.00**
~~$9.00~~
No Bids Yet!

**00:04:44**

`BID`

### $15 Lowe's Gift Card

The Lowe's Gift Card is the perfect gift for everything home with the choice of over 50,000 items, including building supplies, tools, appliances, home improvement services, and much more!

**$0.00**
~~$15.00~~
No Bids Yet!

**00:04:57**

`BID`

### $25 Staples Gift Card + 20 Bids

Staples gift cards allow you to purchase all your office supply needs and with 20 free bids the opportunities are endless!

**$0.01**
~~$37.00~~
carbon76

**00:05:03**

`BID`

View All Live Auctions

---

**Quick Links**
› Register Now!
› What is QuiBids?
› Live Auctions
› Testimonials

**Company**
› About QuiBids
› Media Info
› Careers
› Company Blog
› Privacy Policy

**Support**
› FAQ & Help
› How It Works
› Contact Support
› Site Rules
› Terms & Conditions

Bid Safely on QuiBids

 VeriSign Trusted

 BBB ACCREDITED BUSINESS

Follow Us



© QuiBids.com. All Rights Reserved.

# EXHIBIT 12



Ending Auctions
Bid Now - These auctions are about to end.
Search Auctions
Callaway Razr X HL Combo Iron Set
SOLD
Ended
$0.76
thaile1
SOLD
Toshiba Satellite C655 15.6" Notebook
SOLD
Ended
$0.54
echad
SOLD
Hitachi CPX8 LCD Projector
00:00:16
$0.14
can0n
BID
Toshiba Satellite C655 15.6" Notebook
00:16:13
$0.16
Xlaxlobax
BID
Canon EOS Rebel T2i Camera Kit w/ Lens
00:05:04
$0.29
jasonfowler
BID
$10 Shell Gift Card
Gift Card
00:00:17
$0.07
frog63
BID
$50 Applebee's Gift Card
Applebee's
00:00:15
$0.17
johnsdad1984
BID
250 Bids Voucher
250 Bids
00:00:17
$0.58
njj25
BID
50 Bids Voucher
50 Bids
00:00:02
$0.19
Grannyof2105
BID
Nambe Cradle Pitcher
00:00:18
$0.28
NANAMJSK
BID
Beats by Dre Solo White Headphones
00:00:17
$0.52
bokidd
BID
Sterling Silver Multi-Gem Ring
00:00:07
$0.22
jcpops
BID
Yamaha YSP-3050 Digital Sound Projector
00:00:20
$1.02
soccertex
BID
Dyson AM01 12" Table Fan
00:00:09
$1.52
TwoPlank
BID
Keurig B70 Gourmet Home Brewing System
00:00:07
$1.03
Chrisbriss
BID

**Nambe Cradle Cocktail Shaker**



00:00:08
$0.70
playinandstayin

BID

**Callaway Razr X HL Combo Iron Set**



00:00:08
$1.90
Kamilche3

BID

**Lenovo Thinkpad X130E 11.3" Notebook**



00:00:13
$3.42
jdenmanc

BID

**Xbox 360 250GB Kinect Holiday Bundle**



00:00:05
$3.47
meeme420

BID

**$25 Bass Pro Shops Gift Card**

00:00:13
$0.77
Shopman46

BID

**Sony HDR-XR260V Full HD 160GB Camcorder**



00:00:02
$6.26
thaile1

BID

**250 Bids Voucher**



00:00:11
$2.46
rugglesd

BID

**Universal Remote MX450 2" LCD**



00:00:12
$1.92
beadog1

BID

**Itonic IMID10MT 10" Wi-Fi Tablet PC**



00:00:14
$3.20
ddj0528

BID

**Gold & 1/4 ct Diamond Channel Set Ring**

00:00:05
$2.47
OstNa

BID

**Yankee Candle Spicy 4 Pack/Medium**



00:00:05
$1.98
WIIORBIN7

BID

**50 Bids Voucher**



00:00:06
$1.00
LADYANGELA1

BID

**100 Bids Voucher**



00:00:06
$1.77
milanilove

BID

**Dyson AM01 10" Table Fan**



00:00:12
$3.53
dansosu

BID

**250 Bids Voucher**



00:00:08
$5.61
mwso65

BID

| $25 Walmart Gift Card | $50 Outback Steakhouse Gift Card | 15 Bids Voucher | Toshiba 55G310U 55" 1080p LCD TV | Callaway Razr Fit Driver |
|---|---|---|---|---|







**00:00:02** — $1.06 — retiredteacher57 — BID

**00:00:06** — $1.77 — kfk657 — BID

**00:00:05** — $0.51 — claycarleton — BID

**00:00:09** — $7.93 — suszyq27 — BID

**00:00:08** — $9.75 — Ryno81811 — BID

| PS3 320GB Infamous 2 Bundle | Samsung Galaxy 10.1" Tablet 16GB Bundle | Callaway Razr X HL Combo Iron Set | Bust Two - Limit Buster! | Kalorik Heart-Waffle Maker |
|---|---|---|---|---|







**00:00:09** — $9.15 — bmengineer86 — BID

**00:00:12** — $8.61 — tinderling — BID

**00:00:04** — $20.60 — tims4girls — BID

**00:00:09** — $3.35 — decillis — BID

**00:00:13** — $0.00 — No Bids Yet! — BID

| SS Swarovski Crystal Heart Ring | 100 Bids Voucher | Speck Bookwrap Case for Kindle Fire | Bust One - Limit Buster! | 15 Bids Voucher |
|---|---|---|---|---|







**00:00:26** — $0.00 — No Bids Yet! — BID

**00:00:38** — $0.04 — shootpoll — BID

**00:00:51** — $0.01 — automatic2go — BID

**00:01:04** — $1.04 — mmkkpp — BID

**00:01:16** — $0.02 — figueroasix — BID

| 25 Bids Voucher | Speakal iHog Portable Stereo iPod Dock | Le Chef Stainless Steel Red Utensil Set | $25 Retail You Choose It! | Women's 1928 Chelsea Watch |
|---|---|---|---|---|
|  |  |  |  |  |
| **00:01:29** | **00:01:42** | **00:01:54** | **00:02:07** | **00:02:45** |
| $0.00 | $0.01 | $0.00 | $0.03 | $0.00 |
| No Bids Yet! | mlsib | No Bids Yet! | aksullivan13 | No Bids Yet! |
| BID | BID | BID | BID | BID |

| $25 Home Depot Gift Card | $10 Gift Card – You Choose It! | FDNY Short Sleeve Unisex T-Shirt | Kalorik Food Processor | Swarovski Crystal Misty Nights Earrings |
|---|---|---|---|---|
|  |  |  |  |  |
| **00:02:58** | **00:03:10** | **00:03:23** | **00:03:36** | **00:03:48** |
| $0.00 | $0.00 | $0.01 | $0.04 | $0.00 |
| No Bids Yet! | No Bids Yet! | twilson1948 | chefgenie | No Bids Yet! |
| BID | BID | BID | BID | BID |



## Live Auctions

Search Auctions ▶

| PRODUCTS | PRICE / BIDDER | COUNTDOWN |
|---|---|---|
| **Taylor Precision InstantRead Thermometer** — The Taylor Precision Digital TruTemp Instant Read Thermometer makes cooking meat to the perfect temperature easy and stress-free. With a 0.4" LCD Display and accurate readings from ... | $0.00 ~~$15.99~~ No Bids Yet! | **00:04:01** BID |
| **25 Bids Voucher** — Rack up 25 more bids to be used on other products! We have amazing deals every day with QuiBids!!! Choose what you want and start bidding using these bids! Please note, these bids are ... | $0.03 ~~$15.00~~ Ladonza | **00:04:14** BID |

Gerber Evo Jr. Serrated Edge Knife
With its straight spine and seamless design, the Gerber 22-41493 EVO Jr. Knife with
Serrated Edge offers extreme usability in an eye-pleasing design. Besides its aesthetic
qualities, the EVO Jr. ...

$0.00
~~$17.99~~
No Bids Yet!

00:04:26

BID

$25 CVS/Pharmacy Gift Card
What better way to gift, reward or provide incentive to someone than with the
CVS/pharmacy gift card! It can be used at any CVS/pharmacy location. You can access
your gift card online at cvs.com. ...

$0.02
~~$25.00~~
chefgenie

00:04:39

BID

Sterling Silver 6mm CZ Stud Earrings
These gorgeous CZ studs are beautifully made and set in sterling silver. They give you the
look of 1.8 ct tw. Studs. Make them yours and add some sparkle to your wardrobe!

$0.00
~~$11.99~~
No Bids Yet!

00:04:52

BID

100 Wood Blocks Set
Give your child a toy to match their limitless imagination! This Melissa and Doug set is
beautifully crafted and durable. The 100 piece colorful wood block set will allow your little
one to play ...

$0.00
~~$19.99~~
No Bids Yet!

00:05:17

BID

$25 Target Gift Card
What is the best gift anytime? The Target Gift Card. Choose your amount and use the Gift
Card for merchandise at any Target Store or on Target.com. Make their day with a Target
Gift Card for ...

$0.00
~~$25.00~~
No Bids Yet!

00:05:43

BID

Swarovski Elements Cushion Cut Pendant
Aqua cushion cut pendant shows off your colorful style in a glam and gorgeous way.
Resting from an 18-inch chain, eyes will be drawn to the Aqua cushion cut pendant. Sure to
add glamour to a fancy ...

$0.00
~~$25.00~~
No Bids Yet!

00:05:55

BID

15 Bids Voucher
Rack up 15 more bids to be used on other products! We have amazing deals every day with
QuiBids!!! Choose what you want and start bidding using these bids! Please note, these bids
are ...

$0.01
~~$9.00~~
Ladonza

00:06:07

BID

Kalorik Steam Iron
This steam iron features an auto shut-off to turn the iron off when not in use, a drip-free
(even at low temperatures), stainless steel plate for smooth gliding, vertical steam to
remove wrinkles ...

$0.00
~~$29.99~~
No Bids Yet!

00:06:20

BID

Swarovski Crystal Horseshoe Pendant
swarovski crystal horshoe

$0.00
~~$12.99~~
No Bids Yet!

00:06:32

BID

### Nambe Rocks 2-Tier Server

Neil Cohen's majestic 2-Tier Server takes entertaining to an elegant new level. Part of the initial series of the Nambé Rocks Collection, this first-time pairing of sleek black granite ...

$0.02
~~$199.99~~
nparrot

**00:06:44**

`BID`

---

### Diamond Cross Pendant

This Sterling Silver diamond pendant features a looped ribbon motif and includes three genuine diamonds. 18" chain included

$0.01
~~$29.99~~
Jacksmom1984

**00:06:57**

`BID`

---

### $15 Gift Card - You Choose it!

Give the Walmart gift card any time of year. It's the ideal gift for family and friends, because they can choose just what they have in mind.

$0.01
~~$15.00~~
talisbella21

**00:07:09**

`BID`

---

### Organic Life Jute Friendship Bracelet

The Organic Life bracelet is Silver and Gold Plated Over Brass Metal. Jute Threaded Friendship Bracelet along with Freshwater Pearl and Genuine Semi-Precious Gemstone. With this combonation ...

$0.00
~~$24.99~~
No Bids Yet!

**00:07:21**

`BID`

---

### $25 Shell Gift Card

The Shell Gift Card is a great choice for your personal needs or as a last-minute gift for a birthday, holiday, anniversary, or any other occasion. Shell stations are located in 49 ...

$0.00
~~$25.00~~
No Bids Yet!

**00:07:34**

`BID`

---

View All Live Auctions

**Quick Links**
- Register Now!
- What is QuiBids?
- Live Auctions
- Testimonials
- Site Map

**Company**
- About QuiBids
- Media Info
- Careers
- Company Blog
- Privacy Policy

**Support**
- FAQ & Help
- How It Works
- Contact Support
- Site Rules
- Terms & Conditions

Bid Safely on QuiBids

 VeriSign Trusted

 BBB ACCREDITED BUSINESS

Follow Us

© QuiBids.com. All Rights Reserved.

# EXHIBIT 13

 

**DISCOUNTS ON BRAND NEW ITEMS!**
NEVER PAY RETAIL AGAIN!


BBB.
ACCREDITED
BUSINESS

PENNY AUCTIONS HAVE BEEN
FEATURED IN ARTICLES ON ...   The Economist *Rolling Stone* TIME  Entrepreneur MAGAZINE  

# BLOWOUT AUCTIONS SAVE YOU UP TO 95%





ROCK BOTTOM PRICES!!

PRODUCT SAVINGS
$30,000,000+

# "The Future of Internet Shopping is Here!"

**TIME**
MAGAZINE

*"For anyone that finds a **bargain** even mildly **stimulating**, this is like pure heroin. In recessionary times, it's like heroin that will also save puppies."*



**Darin R.**

I just wanted to take a minute to thank you very much for the Kindle and the Dyson Vacuum. I won both recently and could not be happier.



**Shasta M.**

Thank you so much! I just received my camera today and was so excited. I found out about QuiBids and one the camera very early on.



**Cyril B.**

I watched as the timer read "3... 2... 1... END", and I won this Vizio 32" HDTV for $2.60! You guys are AWESOME.



O
THE OPRAH
MAGAZINE

*"If you have only five minutes, make sure to shop at QuiBids.com where bidding on items such as digital cameras and MP3 players starts at **60 cents!***



**QuiBids·** VS **ebaY**

✓ Fast Shipping
QuiBids winnings are always shipped within 48 hours.

✓ Always Brand New
QuiBids items all brand new and factory sealed.

✓ Rewards for Auction Participants
QuiBids has monthly rewards and prizes

✗ Fast Shipping
Shipping is up to the seller and delivery speed varies.

✗ Always Brand New
Many of the auctions are used items without warranty.

✗ Rewards for Auction Participants
No rewards program for their customers



**At QuiBids You Get Brand New Factory Sealed MacBooks with Original Warranty**

**You Never Know What You're Going To Get!**



## CHECKOUT SOME OF OUR RECENTLY SOLD AUCTIONS



**Samsung 46" 3D HDTV**

SOLD

Ended
$98.22
skylark1

SOLD



**Kindle DX Wireless Reading Device**

SOLD

Ended
$58.54
ade1234

SOLD



**Nikon D90 12.3MP DSLR Camera + Lens**

SOLD

Ended
$38.93
BKMDANO50

SOLD



**KitchenAid Professional Mixer**

SOLD

Ended
$23.74
mknorth

SOLD



**Apple iPad 32 GB Wi-Fi**

SOLD

Ended
$22.53
catwoman66

SOLD



**#1 Discount Auction Website**

#1 PENNY AUCTION

Overstock Surplus    35% SAVINGS

Company Liquidation  OUT OF BUSINESS  70% SAVINGS

Government Auctions  50% SAVINGS

Discount Auctions    95% SAVINGS

QuiBids savings are more than typical overstock surpluses, warehouse closeouts, and even liquidations!

**and come with the Manufacturers Warranty!**



**SCROLL DOWN AND CLICK "BID" TO PARTICIPATE IN OUR AUCTIONS**

| Invicta Subaqua Sport Chrono Watch | Asus 1.50GHz Dual-core 10.1" Netbook | Apple iPad 64 GB Wi-Fi | $250 American Airlines Gift Card | Bose SoundDock Portable Music System |
|---|---|---|---|---|
|  |  |  |  |  |
| **00:00:07** | **00:00:12** | **00:00:14** | **00:00:09** | **00:00:05** |
| $18.35 | $10.48 | $8.05 | $1.02 | $26.94 |
| wazzuuppp | Javo14 | shayda1979 | Cody12 | HitnRun |
| BID | BID | BID | BID | BID |

| $200 You Choose It! | LG Blu-ray Disc 1100-Watt Home Theater | Kalorik Steam Press | Cuisinart Green Gourmet 12 Piece Set | Dyson DC25 Animal Ball Vacuum Cleaner |
|---|---|---|---|---|
|  |  |  |  |  |
| **00:00:09** | **00:00:09** | **00:00:08** | **00:00:05** | **00:00:15** |
| $24.46 | $34.00 | $6.81 | $8.46 | $13.19 |
| thebomb | knighthunter | cindyc212 | UQuitnow | glacier51 |
| BID | BID | BID | BID | BID |

| Adams Idea a70S Steel Iron Set | Sony PlayStation 3 160GB | Apple 21.5" iMac Desktop | Panasonic 32" VIERA LCD HDTV | Samsung 50" 3D 1080p HDTV with 3D Kit |
|---|---|---|---|---|
|  |  |  |  |  |
| **00:00:14** | **00:00:05** | **00:00:11** | **00:00:11** | **00:00:13** |
| $13.72 | $2.78 | $26.66 | $6.90 | $17.30 |
| jordanlm1961 | jmond | lala1080 | mkwaldrop1 | caneese1 |

| 00:00:11 | 00:00:12 | 00:00:06 | 00:00:12 | 00:00:10 |
|---|---|---|---|---|
| $13.79 | $2.90 | $26.83 | $7.03 | $17.49 |
| sparrow652 | jdbaker82 | jindrak | gw6418 | CustomIt |
| Bid | Bid | Bid | Bid | Bid |

## "1,000s of Satisfied Customers Can't Be Wrong!
## Sign Up in Less Than 3 Minutes! "



35% SAVINGS
Overstock Surplus



50% SAVINGS
316
Government Auctions



70% SAVINGS
Company Liquidation



95% SAVINGS
Discount Auctions

QuiBids savings are more than typical overstock surpluses,
warehouse closeouts, and even liquidations!

### What our Members Have Won!



95% SAVINGS
JohnD paid $68.22
for a brand new Samsung 3DTV
Saved $1349.88

97% SAVINGS
Sarah89 paid $45.58
for a brand new Macbook Pro
Saved $1154.41



100% SATISFACTION GUARANTEED
Register for Free & Start Saving Today!



### Hurry & Receive a Special Bonus Offer!

First Name:

Last Name:

Date of Birth: Month ▾ Day ▾ Year ▾

Gender: Select Gender ▾

Email Address:

Confirm Email:

Username:

Usernames must be at least 5 characters, and alphanumeric only (A-Z / 0-9). No spaces or special characters are allowed.

Please note that your username will be viewed by other users each time you place a bid.

Password:

Confirm Password:

Strength: !

Your password should be at least 6 characters long, and include a capital letter(s) and/or number(s).

☑ Get 3 Free Bonus Bids! Send me Deal of the Day Coupons from UrbanDealight.com and special offers from QuiBids.com.

☐ I have read and agree to QuiBids Terms & Conditions and Privacy Policy. I also agree to open one account per person and per household.

I'm Ready to Start Winning!

*Penny Auctions have been featured in articles on:*



**WIRED**

*" Meet Gary Fowler - an energy consultant who works from home...won $39,000 worth of retail on these sites, having spent $18,000 to get it... "*

**The New York Times**
Expect the World®

*" The auctions are fun and challenging while offering the possiblity of a killer deal! "*

**BBC**

*" Successful bidders can win anything from a television to a car or a cash sum, for a fraction of its real cost "*

*Penny Auctions have been featured in articles on:*

       

| Quick Links | Company | Support | Bid Safely on QuiBids |
|---|---|---|---|
| › Register Now! | › About QuiBids | › FAQ & Help | |
| › What is QuiBids? | › Media Info | › How It Works | |
| › Live Auctions | › Careers | › Contact Support | |
| › Testimonials | › Company Blog | › Site Rules | |
| | › Privacy Policy | › Terms & Conditions | |

 

VeriSign Trusted

BBB ACCREDITED BUSINESS

Follow Us

 



© QuiBids.com. All Rights Reserved.

# EXHIBIT 14

 

DISCOUNTS ON BRAND NEW ITEMS!
WHY PAY RETAIL?



QUIBIDS HAS BEEN FEATURED IN...      TIME THE WALL STREET JOURNAL.  

## ENTERTAINMENT AUCTIONS SAVE YOU UP TO 95%

 

ROCK BOTTOM PRICES!!

PRODUCT SAVINGS $30,000,000+

Prices shown are final prices of auctions paid by auction winner.

# Accredited by the Better Business Bureau



---

## Brian T. Saved $8,800 on QuiBids!



### QuiBids User Brian T. Wins Big

| Product | Price | Savings |
|---|---|---|
| Apple iMac 27" | $21.76 | 96.2% |
| LG Blu-Ray Player | $17.48 | 87.4% |
| Callaway Edge Combo Set | $0.26 | 99.7% |
| Dual-Zone Wine Bar | $5.47 | 93.7% |
| 64GB Apple iPod Touch | $7.25 | 91.5% |
| Callaway Octane Driver | $3.34 | 89.1% |

## Sandy M. Saved $4,112 on QuiBids!



### QuiBids User Sandy M. Wins Big

| Product | Price | Savings |
|---|---|---|
| HP Mini Netbook | $1.18 | 99.0% |
| Sony Computer Speakers | $0.07 | 95.2% |
| Nintendo Wii Jet Ski | $0.67 | 94.5% |
| Reef Men's Sandal | $0.09 | 93.8% |
| SKLZ Pro Putting Matt | $0.07 | 86.0% |
| Oakley Half Jacket Glasses | $2.12 | 98.1% |

## Ivan A. Saved $3,000 on QuiBids!



### QuiBids User Ivan A. Wins Big

| Product | Price | Savings |
|---|---|---|
| Apple iPod Shuffle 2GB | $1.08 | 87.1% |
| Kodak 12MP Camera | $4.62 | 83.1% |
| Garmin 295W Wi-Fi GPS | $3.56 | 57.0% |
| Samsung 8" Digital Frame | $1.02 | 95.5% |
| Xbox Wireless Controller | $0.70 | 97.0% |
| Bamboo Pen Tablet | $0.35 | 90.9% |

*Results shown are those of highly skilled QuiBids users whose results are not typical

 **·**  **ebay**

✓ **Always Fast Shipping**
QuiBids winnings are shipped as fast as possible.

✗ **Always Fast Shipping**
Shipping is up to the seller and delivery speed varies.

✓ **Always Brand New**
QuiBids items all brand new and factory sealed.

✗ **Always Brand New**
Mixture of new and used products are sold on ebay

✓ **All Items Guaranteed to Sell**
Auctions have no reserves or minimum ending price

✗ **All Items Guaranteed to Sell**
Some auctions have reserves and might not sell



**At QuiBids You Get Brand New Factory Sealed Products with Original Warranty**

**Mixture Of New, Used, And Older Models Are Sold On Ebay**



## CHECKOUT SOME OF OUR RECENTLY SOLD AUCTIONS

| Samsung 46" 3D HDTV | Kindle DX Wireless Reading Device | Nikon D90 12.3MP DSLR Camera + Lens | KitchenAid Professional Mixer | Apple iPad 32 GB Wi-Fi |
|---|---|---|---|---|
|  |  |  |  |  |
| Ended | Ended | Ended | Ended | Ended |
| $98.22 | $58.54 | $38.93 | $23.74 | $22.53 |
| skylark1 | ade1234 | BKMDANO50 | mknorth | catwoman66 |
| SOLD | SOLD | SOLD | SOLD | SOLD |

**#1 Entertainment Auction** ★★★★★  ★★★★★

*QuiBids' Auction Winners can save more than Typical Surpluses, Warehouse Closeouts, and Even Liquidations!*

**All Products in Our Auctions are Brand New and Factory Sealed!**   **iMac** 

UP TO **91%** SAVINGS!

647  316  UP TO **50%** SAVINGS!  UP TO **70%** SAVINGS!  UP TO **35%** SAVINGS!  UP TO **95%** SAVINGS!

**Government Auctions**  **Company Liquidation**  **Overstock Surplus**  **Entertainment Auctions**

  

## *How QuiBids works...*



 **Signup and Buy Bids**
Bids cost just $0.60. Buy Bids to start participating in auctions.



 **Choose Products**
Pick a product you want - an HDTV, a New Laptop, or a Bid Voucher!

 **Place Bids and Win!**
Simply click "Bid" on an auction. If you're the last bidder, YOU WIN!!

 **Buy Now**
Didn't win? Get the item using the value of used bids as a discount!

## SCROLL DOWN AND CLICK "BID" TO PARTICIPATE IN OUR AUCTIONS



| AKG Acoustics K550 Reference Heaphones | Callaway Razr X HL Combo Iron Set | Jamo C 80 SUB Subwoofer | PS3 320GB Infamous 2 Bundle | Dyson DC24 All-Floors Ball Vacuum |
|---|---|---|---|---|
|  |  |  |  |  |
| 00:00:11 | 00:00:04 | 00:00:08 | 00:00:15 | 00:00:09 |
| $0.59 | $8.59 | $6.99 | $5.40 | $3.15 |
| arlotobin | cwright4u | hfidler | fgoldberg | dudethtgamez |
| BID | BID | BID | BID | BID |

| Escort Passport 9500ix Radar Detector | Xbox 360 250GB Kinect Holiday Bundle | Monster Beats Solo HD Headphones | Dyson AM01 10" Table Fan | Toshiba 55G310U 55" 1080p LCD TV |
|---|---|---|---|---|
|  |  |  |  |  |
| 00:00:15 | 00:00:11 | 00:00:14 | 00:00:12 | 00:00:13 |
| $7.71 | $7.41 | $3.16 | $0.88 | $6.76 |
| Renegade20 | psymons919 | cgudeman | ilywamhala | SimonV |
| BID | BID | BID | BID | BID |

| Toshiba Satellite C655 15.6" Notebook | Hitachi CPX8 LCD Projector | Canon EOS Rebel T2i Camera Kit w/ Lens | Samsung Galaxy 10.1" Tablet 16GB Bundle | Lenovo Thinkpad X130E 11.3" Notebook |
|---|---|---|---|---|
|  |  |  |  | |
| 00:00:06 | 00:00:15 | 00:00:03 | 00:00:07 | 00:00:13 |
| $6.73 | $3.91 | $8.92 | $1.68 | $2.03 |
| highball49 | leesputer | Karpediem | rocadoodle | mjf1386 |
| BID | BID | BID | BID | BID |

# "1,000s of Satisfied Customers Can't Be Wrong!
## Sign Up in Less Than 3 Minutes!"

QuiBids Auction Winners can save more than typical overstock
surpluses, warehouse closeouts, and even liquidations!



**Company Liquidation**

UP TO **70%** OFF!



**Overstock Surplus**

UP TO **80%** OFF!



**Entertainment Auctions**

UP TO **90%** OFF!

**Register and Start Bidding Today!**



**Sign Up Today to Start Winning!**

First Name:

Last Name:

Email Address:

Confirm Email:

Country: United States

Username:

Usernames must be at least 5 characters, and
alphanumeric only (A-Z / 0-9).No spaces or special
characters are allowed.

Please note that your username will be viewed by other
users each time you place a bid.

Password:

Confirm Password:

Strength: I

Your password should be at least 6 characters long,
and include a capital letter(s) and/or number(s).

☑ **3 Free Bonus Bids** Subscribe to the QuiBids Newsletter!

☐ I have read and agree to QuiBids Terms & Conditions and Privacy
Policy. I also agree that I am at least 18 years of age and to only open one
account per person and per household.

**I'm Ready to Start Winning!**

Entertainment Auctions have been featured in articles on:

THE OPRAH
MAGAZINE

TIME
MAGAZINE

THE WALL STREET JOURNAL.

*If you have only five minutes, make sure to shop at QuiBids.com where bidding on items such as digital cameras and MP3 players starts at 60 cents!*

*For anyone that finds a bargain even mildly stimulating, this is like pure heroin. In recessionary times, it's like heroin that will also save puppies.*

*Fans of penny auctions say they mix the competitive charge of Internet auction sites like eBay with the suspense and gratification of flash sales and online [gaming].*

Entertainment Auctions have been featured in articles on:

       

**Quick Links**
› Register Now!
› What is QuiBids?
› Live Auctions
› Testimonials
› Site Map

**Company**
› About QuiBids
› Media Info
› Careers
› Company Blog
› Privacy Policy

**Support**
› FAQ & Help
› How It Works
› Contact Support
› Site Rules
› Terms & Conditions

Bid Safely on QuiBids

 VeriSign Trusted

 ACCREDITED BUSINESS

Follow Us



© QuiBids.com. All Rights Reserved.

# EXHIBIT 15



Username          ••••••••          Login

Forgot Password? Click Here    Not a Member? Sign Up Now

# You're Almost Ready to Start Winning!
## Step 2 of 2: Congratulations, final step! Scroll down to start bidding.



## "The Future of Internet Shopping is Here!"

### TIME
#### MAGAZINE

*"For anyone that finds a bargain even mildly stimulating, this is like pure heroin. In recessionary times, it's like heroin that will also save puppies."*



**Darin R.**

I just wanted to take a minute to thank you very much for the Kindle and the Dyson Vacuum. I won both recently and could not be happier.



**Shasta M.**

Thank you so much! I just received my camera today and was so excited. I found out about QuiBids and one the camera very early on.



**Cyril B.**

I watched as the timer read "3... 2... 1... END", and I won this Vizio 32" HDTV for $2.60! You guys are AWESOME.



#### THE OPRAH
#### MAGAZINE

*"If you have only five minutes, make sure to shop at QuiBids.com where bidding on items such as digital cameras and MP3 players starts at 60 cents!"*



Ex 15

## QuiBids Membership Details:



### Starter Account    60¢ per bid

100 Bids Included        $60 Total

**GUARANTEED** We are so confident that you will enjoy QuiBids.com that if you use our site and are unsatisfied, we offer a 100% money-back guarantee on all unused bids in your account.

### *QuiBids Users have saved $1,000's!*

**Lurker**  Total Saved: **$1,985**

| Product | Price Paid | Saved |
|---|---|---|
| Canon EOS Rebel | $148.58 | 95% |
| Apple Ipad | $44.07 | 92% |
| Toshiba Netbook | $64.37 | 90% |



**newtopgun**  Total Saved: **$1,680**

| Product | Price Paid | Saved |
|---|---|---|
| Callaway Iron Set | $86.37 | 87% |
| Canon Digital Camera | $6.14 | 93% |
| Apple MacBook Pro | $19.60 | 90% |

**chazown**

| Product | Price Paid | Saved |
|---|---|---|
| $100 WalMart Card | $0.76 | 91% |
| Olympus Camera | $36.88 | 92% |
| Sony PSP | $4.48 | 86% |



## Where do We Send your Winnings?

| Package | Bids | Price |
|---|---|---|
| Starter Bid Pack | 100 | $60.00 |

QuiBids Promo Code: [          ]  **Activate**

**Total Package Cost: $60.00**

### Shipping Information

First/Last Name: [Jose] [Vazquez]

Street Address 1: [          ]

Street Address 2: [          ]

City: [          ]

State: [  ▼ ]

Postal Code: [          ]

Country: [United States ▼]

### Payment Information

Credit Card Type: [Visa ▼]

Credit Card Number: [          ]

Expiration Date: [01 ▼] [2011 ▼]

Card Verification Number (CV2): [          ]

☑ Save Credit Card Information

**I'm Ready to Start Winning!**

*Penny Auctions have been featured in articles on:*



*Meet Gary Fowler - an energy consultant who works from home...won $39,000 worth of retail on these sites, having spent $18,000 to get it...*

*The auctions are fun and challenging while offering the possiblity of a killer deal!*

*Successful bidders can win anything from a television to a car or a cash sum, for a fraction of its real cost*

*Penny Auctions have been featured in articles on:*

       

## Quick Links
› Refer A Friend
› My Account
› Auction Limits
› Live Auctions

## Company
› About QuiBids
› Media Info
› Careers
› Company Blog
› Privacy Policy

## Support
› FAQ & Help
› How It Works
› Contact Support
› Site Rules
› Terms & Conditions

Bid Safely on QuiBids






Follow Us



© QuiBids.com. All Rights Reserved.

# EXHIBIT 16



# You're Almost Ready to Start Winning!
## Step 2 of 2: Congratulations, final step! Scroll down to start bidding.



## "The Future of Internet Shopping is Here!"

### TIME
#### MAGAZINE

*"For anyone that finds a bargain even mildly stimulating, this is like pure heroin. In recessionary times, it's like heroin that will also save puppies."*



**Darin R.**
I just wanted to take a minute to thank you very much for the Kindle and the Dyson Vacuum. I won both recently and could not be happier.



**Shasta M.**
Thank you so much! I just received my camera today and was so excited. I found out about QuiBids and won the camera very early on.



**Cyril B.**
I watched as the timer read "3... 2... 1... END", and I won this Vizio 32" HDTV for $2.60! You guys are AWESOME.



#### THE OPRAH MAGAZINE

*"If you have only five minutes, make sure to shop at QuiBids.com where bidding on items such as digital cameras and MP3 players starts at 60 cents!"*

  **VS**  **ebay**

✓ **Always Fast Shipping**
QuiBids winning are always shipped as fast as possible

✓ **Always Brand New**
QuiBids items all brand new and factory sealed.

✓ **All Items Guaranteed to Sell**
Auctions have no reserves or minimum ending price

✗ **Always Fast Shipping**
Shipping is up to the seller and delivery speed varies.

✗ **Always Brand New**
Mixture of new and used products are sold on ebay

✗ **All Items Guaranteed to Sell**
Some auctions have reserves and might not sell

**At QuiBids You Get Brand New Factory Sealed Products with Original Warranty**



Ex 16





**QuiBids Membership Details:**

**Starter Account**    60¢ per bid
100 Bids Included    $60 Total

We are so confident that you will enjoy QuiBids.com that if you use our site and are unsatisfied, we offer a 100% money-back guarantee on all unused bids in your account.

*QuiBids Users have saved $1,000's!*

**Lurker**    Total Saved: **$1,985**

| Product | Price Paid | Saved |
|---|---|---|
| Canon EOS Rebel | $148.58 | 95% |
| Apple Ipad | $44.07 | 92% |
| Toshiba Netbook | $64.37 | 90% |

**newtopgun**    Total Saved: **$1,680**

| Product | Price Paid | Saved |
|---|---|---|
| Callaway Iron Set | $86.37 | 87% |
| Canon Digital Camera | $6.14 | 93% |
| Apple MacBook Pro | $19.60 | 90% |

**chazown**    Total Saved: **$526**

| Product | Price Paid | Saved |
|---|---|---|
| $100 WalMart Card | $0.76 | 91% |
| Olympus Camera | $36.88 | 92% |
| Sony PSP | $4.48 | 86% |



## Where Do We Send Your Winnings?

| Package | Bids | Price |
|---|---|---|
| Starter Bid Pack | 100 Bids | $60.00 |
| Newsletter Promo | 3 Bids | Free! |
| | Total Package Cost: | $60.00 |

**Shipping Information**

First Name: Greg
Last Name: Jackson
Street Address:
City:
State: Texas
Country: United States

**Payment Information**

Cards We Accept:
VISA   MasterCard   AMERICAN EXPRESS   DISCOVER

Credit Card Number:
Expiration Date: 01 / 2012
Card Verification Number: (CVV2)   What's this?
Billing Zip Code:

☑ Save Credit Card Information

**I'm Ready to Start Winning!**

*Penny Auctions have been featured in articles on:*

**WIRED**

**The New York Times**
*Expect the World®*

**THE WALL STREET JOURNAL.**

*" Meet Gary Fowler - an energy consultant who works from home...won $39,000 worth of retail on these sites, having spent $18,000 to get it... "*

*" The auctions are fun and challenging while offering the possiblity of a killer deal! "*

*" Fans of penny auctions say they mix the competitive charge of Internet auction sites like eBay with the suspense and gratification of flash sales and online [gaming]. "*

*Penny Auctions have been featured in articles on:*

      

---

**Quick Links**
> Refer A Friend
> My Account
> Auction Limits
> Live Auctions
> Site Map

**Company**
> About QuiBids
> Media Info
> Careers
> Company Blog
> Privacy Policy

**Support**
> FAQ & Help
> How It Works
> Contact Support
> Site Rules
> Terms & Conditions

Bid Safely on QuiBids

VeriSign Secured

ACCREDITED BUSINESS

Find us on:

© QuiBids.com. All Rights Reserved.

# EXHIBIT 17



0 Bids Left      Hoydent   Log Out

| Home | My QuiBids | Achievements | BuyBids | QuiBids 101 | Help | | QuiBids Live Auctions ▼ |

| Activity | QuiBids Store | My Achievements | My Account |

### MY QUIBIDS CONTROL CENTER

**Activity Links**
- Bidding History
- Bid-O-Matic History
- Won Auctions
- Bid Credit History
- Auction Limits
- Redeem Coupon

**QuiBids Store**
- Purchase Bids
- Order History

**My Achievements**
- Earned Achievements

**Account Links**
- My Information
- Change Password
- My Avatar
- Refer Friends
- Deactivate Account

GET FREE BIDS!

Tell a friend about QuiBids and get 25 FREE BIDS!

Invite Now!

## Purchase History

Show 25 entries          Search:

| ▲ Date | ⇕ Type | ⇕ Description | ⇕ Amount | ⇕ Status |
|--------|--------|---------------|----------|----------|
| 07-13-2010 10:55 pm CDT | Product | Apple iPad 32 GB Wi-Fi<br>Transaction: #814776<br>Method: Visa ****8733 | $268.06 | Completed |
| 07-13-2010 7:48 pm CDT | BidPack | Standard Bid Pack -- 300 bids<br>Transaction: #812873<br>Method: Visa ****3178 | $180.00 | Completed |
| 07-13-2010 7:27 pm CDT | BidPack | Baby Bids Pack -- 45 bids<br>Transaction: #812662<br>Method: Visa ****3178 | $27.00 | Completed |
| 07-13-2010 4:02 pm CDT | BidPack | Standard Bid Pack -- 300 bids<br>Transaction: #810516<br>Method: Visa ****8733 | $180.00 | Completed |
| 07-13-2010 11:04 am CDT | BidPack | Expert Bid Pack -- 300 bids<br>Transaction: #807502<br>Method: Visa ****8733 | $180.00 | Completed |
| 07-12-2010 4:43 pm CDT | Voucher | 50 Bids Voucher<br>Transaction: #801097<br>Method: Visa ****3178 | $14.60 | Completed |
| 07-12-2010 4:26 pm CDT | Voucher | 25 Bids Voucher<br>Transaction: #800892<br>Method: Visa ****3178 | $2.64 | Completed |
| 07-12-2010 4:18 pm CDT | BidPack | Baby Bids Pack -- 45 bids<br>Transaction: #800815<br>Method: Visa ****3178 | $27.00 | Completed |
| 03-24-2010 3:16 pm CDT | Voucher | 25 Bids Voucher<br>Transaction: #201464<br>Method: Visa ****8318 | $2.05 | Completed |
| 03-24-2010 3:10 pm CDT | BidPack | Baby Bids Pack -- 45 bids<br>Transaction: #201443<br>Method: Visa ****8318 | $27.00 | Completed |

Showing 1 to 10 of 10 entries          First   Previous   1   Next   Last



© QuiBids.com. All Rights Reserved.

# EXHIBIT 18





0 Bids Left    lloydent  Log Out

| Home | My QuiBids | Achievements | BuyBids | QuiBids 101 | Help | QuiBids Live Auctions ▼ |

**Activity**   QuiBids Store   My Achievements   My Account



**MY QUIBIDS CONTROL CENTER**

**Activity Links**
- Bidding History
- Bid-O-Matic History
- Won Auctions
- Bid Credit History
- Auction Limits
- Redeem Coupon

**QuiBids Store**
- Purchase Bids
- Order History

**My Achievements**
- Earned Achievements

**Account Links**
- My Information
- Change Password
- My Avatar
- Refer Friends
- Deactivate Account

Tell a friend about QuiBids **and get 25 FREE BIDS!**  Invite Now!

**Past Auctions You've Bid On**

Show 25 entries                                        Search:

| Products | Ended | Status | Winner | Bids |
|---|---|---|---|---|
| Apple iPad 32 GB Wi-Fi | 07-14-2010 4:29 | Completed | doubleagent | 944 ↵ |
| Apple iPad 16 GB Wi-Fi | 07-13-2010 2:08 | Completed | cruisinaqha | 1 ↵ |
| Apple iPad 16 GB Wi-Fi | 07-13-2010 11:42 | Completed | caseybones | 26 ↵ |
| $200 Gift Card - You Choose it! | 07-13-2010 10:46 | Completed | mtreed | 13 ↵ |
| Apple iPad 16 GB Wi-Fi | 07-12-2010 7:48 | Completed | Lurker | 18 ↵ |
| $15 Amazon Gift Card | 07-12-2010 5:19 | Completed | camieyork | 2 ↵ |
| 50 Bids Voucher | 07-12-2010 4:45 | Completed | Jamar1214 | 45 ↵ |
| 25 Bids Voucher | 07-12-2010 4:25 | Completed | lloydent | 14 ↵ |
| 15 Bids Voucher | 07-12-2010 4:19 | Completed | IamTheLast | 2 ↵ |
| Kindle Wireless Reading Device | 03-24-2010 9:09 | Completed | lt0128 | 61 ↵ |
| Wacom Bamboo Pen Tablet | 03-24-2010 3:48 | Completed | sikmick | 1 ↵ |
| $25 Target Gift Card | 03-24-2010 3:24 | Completed | kirstenmart | 1 ↵ |
| $25 AMC Gift Card | 03-24-2010 3:21 | Completed | jgillis212 | 1 ↵ |
| $25 Amazon Gift Card | 03-24-2010 3:19 | Completed | Jemmy23 | 4 ↵ |
| 25 Bids Voucher | 03-24-2010 3:15 | Completed | lloydent | 1 ↵ |
| 25 Bids Voucher | 03-24-2010 3:13 | Completed | Stormaway | 1 ↵ |

Showing 1 to 16 of 16 entries

First  Previous  1  Next  Last



© QuiBids.com. All Rights Reserved.