**COURTROOM MINUTE SHEET**

DATE     5-8-13

CIVIL NO.     CIV-10-1277    -F

Lawrence A. Locke, Matthew Brown and Christopher Lloyd,
individually and on behalf of all others similarly situated
-vs-
QuiBids, LLC, QuiBids Holdings, LLC, Matt Beckham,
Mike Beckham, Josh Duty, Jeff Guerts, and Shaun Tilford

COMMENCED    1:30      ENDED    3:30      TOTAL TIME    2 hrs. 00 min.

PROCEEDINGS     Motion hearing

JUDGE STEPHEN P. FRIOT      DEPUTY LORI GRAY      REPORTER TRACY WASHBOURNE

PLF COUNSEL Roger Mandel, Edward White

DFT COUNSEL Michael McClintock, John Beisner

The court hears arguments of counsel.

QuiBids' Motion to Dismiss Plaintiffs' Third Amended Complaint (doc. no. 91) is **GRANTED** as to Count I and **DENIED** as to Counts II, III, IV and V.

Individual Defendants' Motion to Dismiss Plaintiffs' Third Amended Complaint (doc. no. 94) is **GRANTED** as to Count I and **DENIED** as to Counts II, III, IV and V.

Count I (the unfair trade practices claim) of the Third Amended Complaint is **DISMISSED with prejudice**.

All for the reasons set forth in detail on the record.

10-1277x002.wpd