IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| LAWRENCE A. LOCKE, MATTHEW BROWN and CHRISTOPHER LLOYD, individually and on behalf of all others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 5:10-cv-01277-F |
| QUIBIDS LLC, and QUIBIDS HOLDINGS LLC, MATT BECKHAM, MIKE BECKHAM, JOSH DUTY, JEFF GEURTS and SHAUN TILFORD, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties jointly stipulate to the dismissal with prejudice of all claims asserted in the Third Amended Class Action Complaint [Dkt. No. 87] by Plaintiffs Lawrence A. Locke, Matthew Brown and Christopher Lloyd against Defendants QuiBids LLC, QuiBids Holdings LCC, Matt Beckham, Mike Beckham, Josh Duty, Jeff Geurts, and Shaun Tilford.  In addition, the parties jointly stipulate to the dismissal without prejudice of the claims of all absent putative class members.

Respectfully submitted,

/s/ *Roger L. Mandel*
Roger L. Mandel
Lackey Hershman LLP
3102 Oak Lawn
Suite 777
Dallas, TX 75219
Telephone:   (214) 560-2203
Facsimile:   (214) 560-2203
rlm@lhlaw.net

-AND-

Edward L. White
Edward L. White PC
825 E 33rd St
Edmond, OK 73013
Telephone:     (405) 810-8188
Facsimile:      (405) 608-0971
ed@edwhite law.com

**ATTORNEYS FOR PLAINTIFFS**


/s/ *Michael D. McClintock*
Reid E. Robison, OBA #7692
Michael D. McClintock, OBA #18105
Michael K. Avery, OBA #22476
McAfee & Taft A Professional Corporation
10th Floor, Two Leadership Square
211 North Robinson Avenue
Oklahoma City, OK  73102
Telephone:     (405) 235-9621
Facsimile:      (405) 235-0439
reid.robison@mcafeetaft.com
michael.mcclintock@mcafeetaft.com
michael.avery@mcafeetaft.com

-AND-

John H. Beisner, *pro hac vice*
Jessica D. Miller, *pro hac vice*
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: (202) 371-7000
Facsimile:   (202) 393-5760
john.beisner@skadden.com
jessica.miller@skadden.com

**ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2014, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following registrants:

- Edward L. White
  ed@edwhitelaw.com, jan@edwhitelaw.com

- Roger L. Mandel
  rlm@lhllaw.net, tlt@lhlaw.net

*s/ Michael D. McClintock*
Michael D. McClintock
